

FILED
IN OPEN COURT

MAY 14 2009

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIM. NO. 1:09CR218 (LOG) |
| | ) | |
| ANDRE LAMONT COOK, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

### Count 1

(Travel with Intent to Engage in Illicit Sexual Conduct)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 28, 2009, ANDRE LAMONT COOK traveled from Baltimore, Maryland to Leesburg, Virginia, within the Eastern District of Virginia, for the purpose of engaging in illicit sexual conduct; that is, ANDRE LAMONT COOK traveled from his home in Baltimore, Maryland to Leesburg, Virginia for the purpose of engaging in a sexual act with a person under the age of 18 years of age, such sexual act being defined in 18 U.S.C. Section 2246, and such sexual act which would have been in violation of Chapter 109A, had the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

(In violation of Title 18, United States Code, Section 2423(b).)

Respectfully submitted,

Dana Boente
Acting United States Attorney

By: _____
Andrew McCormack
Special Assistant United States Attorney